```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK GIOVINCO,

                    Petitioner,

        - against -

UNITED STATES OF AMERICA

                    Respondent.
------------------------------------------------------------X

22-CV-9892 (JSR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On April 7, 2023, the Court granted Plaintiff's motion for an extension of time to May 8, 2023 to respond to the Government's response in opposition to his 2255 motion. No response has been filed. The Court sua sponte extends Plaintiff's time to respond to June 7, 2023. If no response is filed by that time, the Court will proceed to resolve the motion based on the existing record.

    The Clerk of Court is respectfully requested to send a copy of this order to Plaintiff and to note service on the record.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: May 11, 2023
        New York, New York

Copies transmitted this date to all counsel of record.