```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK GIOVINCO,                              :
                                             :    22-CV-9892 (JSR) (RWL)
                            Petitioner,      :
                                             :
            - against -                      :    ORDER
                                             :
UNITED STATES OF AMERICA                     :
                                             :
                            Respondent.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 12, 2023, the Court received Plaintiff's reply, dated May 8, 2023, in support of his 2255 motion. Accordingly, the motion is deemed fully submitted at this time. The Clerk of Court is respectfully requested to send a copy of this order to Plaintiff and to note service on the record.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 16, 2023
       New York, New York

Copies transmitted this date to all counsel of record.